**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL SMITH, | : | Civil No. 1:26-CV-00441 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| PRIMECARE MENTAL HEALTH, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |
| | : | |

**ORDER**

**AND NOW**, on this 30th day of April 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1.  Plaintiff's application for leave to proceed *in forma pauperis*, Doc. 4 is **GRANTED**.

2.  Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed *in forma pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation.

3.  Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    (A)  the average monthly deposits in the inmate's prison account for the past six months, or

    (B)  the average monthly balance in the inmate's prison account for the past six months.

    The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District

of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in the Plaintiff's inmate prison account exceeds $10.00, the Superintendent / Warden, or other proper official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's prison account until the $350.00 fee is paid. Each payment shall reference the above-captioned docket number.

4. The Clerk of Court shall send a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined.

5. The complaint, Doc. 1, is deemed **FILED**.

6. All Section 1983 claims against Franklin County Jail are **DISMISSED** with prejudice.

7. All Section 1983 claims against PrimeCare Mental Health are **DISMISSED** without prejudice.

8. Plaintiff may file an amended complaint by **June 1, 2026** naming all defendants, raising all claims, and attaching all exhibits. Failure to timely file the amended complaint will result in the court proceeding on the remaining claims raised in the complaint. The amended complaint will be titled "Amended Complaint" and filed with the above captioned case number.

9. Plaintiff's "motion to supplicate," Doc. 6, is **DENIED**.

10. Plaintiff's motion to appoint counsel, Doc. 7, is **DENIED** without prejudice.

11. Plaintiff's motion to submit evidence, Doc. 8, is **DENIED**.

2

12. The Clerk of Court is directed to send Plaintiff two (2) copies of the civil rights complaint form for Plaintiff's use in drafting his amended complaint.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
