**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL SMITH, | : | NO.: 1:26-cv-00441-JPW-EW |
| Plaintiff | : | CIVIL ACTION – LAW |
| v. | : | Honorable Jennifer P. Wilson |
| PRIMECARE MENTAL HEALTH, et al., | : | *Electronically Filed* |
| Defendants | : | JURY TRIAL DEMANDED |

**PRIMECARE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

AND NOW come Defendants PrimeCare Medical, Inc. (erroneously identified as Primecare Mental Health), Nurse Danielle Haring, Benjamin Voight, Dr. Timothy Clark, Christopher Hoddinott, Jessica Lord (erroneously identified as Jessica Land), Robert Lennon, Todd Haskins, Brent Bavington (erroneously identified as Brant Bowington); and James Stanat (erroneously identified as James Stannit) (hereinafter collectively referred to as "PrimeCare Defendants"), by and through their attorneys, Marshall Dennehey, P.C., who file this Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 14) by respectfully stating the following:

1. This is pro se prisoner lawsuit which arises out of Plaintiff's incarceration in the Franklin County Jail.

2. Plaintiff alleges that he is a pre-trial detainee.

3. Plaintiff claims that the PrimeCare Defendants violated his constitutional rights.

4. Plaintiff claims that the PrimeCare Defendants have violated both the Americans with Disabilities Act and Rehabilitation Act.

5. Plaintiff's Amended Complaint fails to demonstrate a violation of his constitutional rights by any of the PrimeCare Defendants.

6. Plaintiff's Amended Complaint fails to demonstrate how any of the PrimeCare Defendants violated the Americans with Disabilities Act or the Rehabilitation Act.

WHEREFORE, Defendants PrimeCare Medical, Inc. (erroneously identified as Primecare Mental Health), Nurse Danielle Haring, Benjamin Voight, Dr. Timothy Clark, Christopher Hoddinott, Jessica Lord (erroneously identified as Jessica Land), Robert Lennon, Todd Haskins, Brent Bavington (erroneously identified as Brant Bowington); and James Stanat (erroneously identified as James Stannit) respectfully request that this Honorable Court grant their Motion to Dismiss and that Plaintiff's Amended Complaint (ECF No. 14) be dismissed with prejudi.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By: ______________________

JOHN R. NINOSKY, ESQUIRE
PA Attorney ID No. 78000
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
Telephone (717) 651-3709
Fax (717) 651-3707
jrninosky@mdwcg.com
*Attorney for PrimeCare Defendants*

Date: October 2, 2026

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of October, 2026, the foregoing *Motion to Dismiss Plaintiff's Amended Complaint* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

Andrew W. Norfleet, Esquire
Coryn D. Hubbert, Esquire
Marshall Dennehey, P.C.
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
awnorfleet@mdwcg.com
cdhubbert@mdwcg.com
*Counsel for Defendants Warden Franzoni and Captain Arter*

I further certify that a copy of the foregoing has been served on the following non-CM/ECF participant by depositing the same in the United States Mail, postage prepaid, in Camp Hill, Pennsylvania on October 2, 2026:

Michael Smith (#21-00356)
Franklin County Jail
1804 Opportunity Avenue
Chambersburg, PA 17201
*Pro Se Plaintiff*

MARSHALL DENNEHEY, P.C.

By: [signature]
John R. Ninosky