**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL SMITH,<br>Plaintiff<br><br>v.<br><br>PRIMECARE MENTAL HEALTH,<br>et al.,<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NO.: 1:26-cv-00441-JPW-EW<br><br>CIVIL ACTION – LAW<br><br>Honorable Jennifer P. Wilson<br><br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this _________ day of _________________, 2026 upon consideration of the PrimeCare Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 14) and Plaintiff's response thereto, if any, said Motion is **GRANTED**.

Defendants PrimeCare Medical, Inc. (erroneously identified as Primecare Mental Health), Nurse Danielle Haring, Benjamin Voight, Dr. Timothy Clark, Christopher Hoddinott, Jessica Lord (erroneously identified as Jessica Land), Robert Lennon, Todd Haskins, Brent Bavington (erroneously identified as Brant Bowington); and James Stanat (erroneously identified as James Stannit) are hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby directed to terminate these individuals as parties to this litigation.

BY THE COURT:

___________________________________
JENNIFR P. WILSON
United States District Judge
Middle District of Pennsylvania